**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: KUNZEN, ANNE V | § | Case No. 11-82038-TML |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 02, 2011. The undersigned trustee was appointed on February 08, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $      21,291.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | 7,055.20 |
   | Administrative expenses | 8,606.05 |
   | Bank service fees | 528.54 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] | $    5,101.21 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/20/2012 and the deadline for filing governmental claims was 04/20/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,879.10. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $2,351.68 as interim compensation and now requests the sum of $527.42, for a total compensation of $2,879.10.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/29/2018            By: /s/STEPHEN G. BALSLEY
                            Trustee, Bar No.: 0104841

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-82038-TML  **Trustee:** (330410) STEPHEN G. BALSLEY
**Case Name:** KUNZEN, ANNE V  **Filed (f) or Converted (c):** 05/02/11 (f)
 **§341(a) Meeting Date:** 06/16/11
**Period Ending:** 12/29/18  **Claims Bar Date:** 04/20/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 210 Partridge Ct., Algonquin, IL 60102 | 162,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking & savings account at Home State Bank | 500.00 | 0.00 | | 0.00 | FA |
| 3 | Four rooms household furniture, furnishings and | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Misc. books, pictures, discs | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Necessary wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Wedding ring | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Digital camera | 25.00 | 0.00 | | 0.00 | FA |
| 8 | 401 K (former employer - SupervaluStar) | 37,234.00 | 0.00 | | 0.00 | FA |
| 9 | Stock - P&G | 2,208.00 | 0.00 | | 0.00 | FA |
| 10 | Mad. Gas & Elec. | 153.00 | 0.00 | | 0.00 | FA |
| 11 | Wi Energy | 306.00 | 0.00 | | 0.00 | FA |
| 12 | Schwab Acct. | 300.00 | 0.00 | | 0.00 | FA |
| 13 | Alimony until 2014 $300.00/mo. | Unknown | 0.00 | | 0.00 | FA |
| 14 | Amount due from ex-husband divorce settlement - See Adversary Case No. 13-96068. See Order to Compromise Controversy entered 12/27/17. | 20,000.00 | 20,000.00 | | 21,291.00 | FA |
| 15 | 1998 Subaru Forester (151,000 miles) | 1,800.00 | 0.00 | | 0.00 | FA |
| 15 | **Assets** **Totals** (Excluding unknown values) | **$225,826.00** | **$20,000.00** | | **$21,291.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2013    **Current Projected Date Of Final Report (TFR):**   December 29, 2018  (Actual)

Printed: 12/29/2018 11:21 AM    V.14.14

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 11-82038-TML | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | KUNZEN, ANNE V | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1966 - Checking Account |
| Taxpayer ID #: | **-***9022 | | Blanket Bond: | $2,827,000.00 (per case limit) |
| Period Ending: | 12/29/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/05/14 | {14} | Barrick Switzer Law Firm | Funds received pursuant to Wage Deduction Order entered August 8, 2014 | 1129-000 | 2,081.70 | | 2,081.70 |
| 09/05/14 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 151.42 | | 2,233.12 |
| 09/09/14 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 61.65 | | 2,294.77 |
| 09/18/14 | {14} | Kelly Services | Fund received pursuant to Wage Deduction Order | 1129-000 | 153.10 | | 2,447.87 |
| 09/22/14 | {14} | Kellly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 93.87 | | 2,541.74 |
| 09/29/14 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 111.19 | | 2,652.93 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,642.93 |
| 10/07/14 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 112.87 | | 2,755.80 |
| 10/20/14 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 109.51 | | 2,865.31 |
| 10/28/14 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 138.01 | | 3,003.32 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,993.32 |
| 11/03/14 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 109.51 | | 3,102.83 |
| 11/11/14 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 109.51 | | 3,212.34 |
| 11/20/14 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 96.10 | | 3,308.44 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,298.44 |
| 12/01/14 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 122.92 | | 3,421.36 |
| 12/01/14 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 61.67 | | 3,483.03 |
| 12/09/14 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 122.92 | | 3,605.95 |
| 12/29/14 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 96.94 | | 3,702.89 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,692.89 |
| 01/06/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 61.67 | | 3,754.56 |

Subtotals : $3,794.56    $40.00

{} Asset reference(s)                                                                 Printed: 12/29/2018 11:21 AM    V.14.14

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-82038-TML  
**Case Name:** KUNZEN, ANNE V  
**Taxpayer ID #:** **-***9022  
**Period Ending:** 12/29/18  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1966 - Checking Account  
**Blanket Bond:** $2,827,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/06/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 122.92 | | 3,877.48 |
| 01/29/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 189.81 | | 4,067.29 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,057.29 |
| 02/03/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 122.92 | | 4,180.21 |
| 02/12/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 68.59 | | 4,248.80 |
| 02/16/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 68.59 | | 4,317.39 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,307.39 |
| 03/10/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 68.57 | | 4,375.96 |
| 03/10/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 122.92 | | 4,498.88 |
| 03/10/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 68.58 | | 4,567.46 |
| 03/17/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 143.88 | | 4,711.34 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,701.34 |
| 04/07/15 | {14} | Kelly Services | Fund received pursuant to Wage Deduction Order | 1129-000 | 101.13 | | 4,802.47 |
| 04/07/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 68.59 | | 4,871.06 |
| 04/07/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 122.92 | | 4,993.98 |
| 04/13/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 112.87 | | 5,106.85 |
| 04/27/15 | {14} | Kelly Services | Fund received pursuant to Wage Deduction Order | 1129-000 | 124.74 | | 5,231.59 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,221.59 |
| 05/05/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 74.66 | | 5,296.25 |
| 05/12/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 157.06 | | 5,453.31 |
| 05/21/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 74.65 | | 5,527.96 |

Subtotals :   $1,813.40   $40.00

{} Asset reference(s)                                                      Printed: 12/29/2018 11:21 AM   V.14.14

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 11-82038-TML | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | KUNZEN, ANNE V | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1966 - Checking Account |
| Taxpayer ID #: | **-***9022 | | Blanket Bond: | $2,827,000.00   (per case limit) |
| Period Ending: | 12/29/18 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/27/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 153.66 | | 5,681.62 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,671.62 |
| 06/02/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 74.65 | | 5,746.27 |
| 06/09/15 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2015 FOR CASE #11-82038 | 2300-000 | | 12.74 | 5,733.53 |
| 06/12/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 148.55 | | 5,882.08 |
| 06/17/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 24.57 | | 5,906.65 |
| 06/23/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 124.74 | | 6,031.39 |
| 06/23/15 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Payment of Interim Compensation pursuant to Order entered June 22, 2015 | 3110-000 | | 4,588.50 | 1,442.89 |
| 06/23/15 | 103 | Barrick, Switzer, Long, Balsley & Van Evera | Reimbursement of Expenses pursuant to Order entered June 22, 2015 | 3120-000 | | 91.00 | 1,351.89 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,341.89 |
| 07/02/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 74.65 | | 1,416.54 |
| 07/06/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 124.74 | | 1,541.28 |
| 07/14/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 46.84 | | 1,588.12 |
| 07/23/15 | {14} | Kelly Services, Inc. | Funds received pursuant to Wage Deduction Order | 1129-000 | 85.79 | | 1,673.91 |
| 07/27/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 74.65 | | 1,748.56 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,738.56 |
| 08/10/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 124.74 | | 1,863.30 |
| 08/11/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 74.66 | | 1,937.96 |
| 08/17/15 | {14} | Kelley Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 142.60 | | 2,080.56 |
| 08/24/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 74.65 | | 2,155.21 |

Subtotals :    $1,349.49    $4,722.24

{} Asset reference(s)

Case 11-82038    Doc 33    Filed 02/05/19    Entered 02/05/19 14:41:34    Desc Main
Document      Page 7 of 19

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 11-82038-TML  
**Case Name:** KUNZEN, ANNE V  

**Taxpayer ID #:** **-***9022  
**Period Ending:** 12/29/18  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1966 - Checking Account  
**Blanket Bond:** $2,827,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/31/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 112.83 | | 2,268.04 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,258.04 |
| 09/08/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 74.66 | | 2,332.70 |
| 09/24/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 124.74 | | 2,457.44 |
| 09/24/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 74.65 | | 2,532.09 |
| 09/28/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 119.07 | | 2,651.16 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,641.16 |
| 10/05/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 74.65 | | 2,715.81 |
| 10/14/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 111.13 | | 2,826.94 |
| 10/27/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 74.65 | | 2,901.59 |
| 10/27/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 92.42 | | 2,994.01 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,984.01 |
| 11/02/15 | {14} | Kelly Services, Inc. | Funds received pursuant to Wage Deduction Order | 1129-000 | 74.66 | | 3,058.67 |
| 11/12/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 115.38 | | 3,174.05 |
| 11/16/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 74.64 | | 3,248.69 |
| 11/23/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 124.74 | | 3,373.43 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,363.43 |
| 12/01/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 74.65 | | 3,438.08 |
| 12/07/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 136.65 | | 3,574.73 |
| 12/21/15 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 124.74 | | 3,699.47 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,689.47 |
| 01/03/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction | 1129-000 | 74.66 | | 3,764.13 |

Subtotals: $1,658.92    $50.00

{} Asset reference(s)

Printed: 12/29/2018 11:21 AM    V.14.14

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 11-82038-TML  
**Case Name:** KUNZEN, ANNE V  

**Taxpayer ID #:** **-***9022  
**Period Ending:** 12/29/18  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1966 - Checking Account  
**Blanket Bond:** $2,827,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Order | | | | |
| 01/04/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 124.74 | | 3,888.87 |
| 01/18/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 24.65 | | 3,913.52 |
| 01/25/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 150.83 | | 4,064.35 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,054.35 |
| 02/01/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 124.74 | | 4,179.09 |
| 02/09/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 74.73 | | 4,253.82 |
| 02/23/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 124.74 | | 4,378.56 |
| 02/25/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 74.73 | | 4,453.29 |
| 02/26/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 124.74 | | 4,578.03 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,568.03 |
| 03/03/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 77.40 | | 4,645.43 |
| 03/14/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 151.72 | | 4,797.15 |
| 03/18/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 72.05 | | 4,869.20 |
| 03/31/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 123.65 | | 4,992.85 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,982.85 |
| 04/04/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 72.05 | | 5,054.90 |
| 04/12/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 103.24 | | 5,158.14 |
| 04/18/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 72.05 | | 5,230.19 |
| 04/25/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 125.20 | | 5,355.39 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,345.39 |
| 05/06/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction | 1129-000 | 77.26 | | 5,422.65 |

Subtotals :  $1,698.52    $40.00

{} Asset reference(s)

Printed: 12/29/2018 11:21 AM    V.14.14

Exhibit B

## Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 11-82038-TML  
**Case Name:** KUNZEN, ANNE V  

**Taxpayer ID #:** **-***9022  
**Period Ending:** 12/29/18  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1966 - Checking Account  
**Blanket Bond:** $2,827,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/09/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 100.82 | | 5,523.47 |
| 05/13/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 77.25 | | 5,600.72 |
| 05/23/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 125.20 | | 5,725.92 |
| 05/31/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 77.26 | | 5,803.18 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,793.18 |
| 06/03/16 | 104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2016 FOR CASE #11-82038, Bond #016018067 | 2300-000 | | 2.74 | 5,790.44 |
| 06/06/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 77.26 | | 5,867.70 |
| 06/16/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 77.27 | | 5,944.97 |
| 06/19/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 165.69 | | 6,110.66 |
| 06/28/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 77.26 | | 6,187.92 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,177.92 |
| 07/05/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 125.20 | | 6,303.12 |
| 07/12/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 77.25 | | 6,380.37 |
| 07/21/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 125.20 | | 6,505.57 |
| 07/27/16 | {14} | Kelly Services | Funds recevied pursuant to Wage Deduction Order | 1129-000 | 27.45 | | 6,533.02 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,523.02 |
| 08/08/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 125.20 | | 6,648.22 |
| 08/08/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 32.18 | | 6,680.40 |
| 08/16/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 125.20 | | 6,805.60 |
| 08/22/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction | 1129-000 | 77.27 | | 6,882.87 |

Subtotals : $1,492.96  $32.74

{} Asset reference(s)

Printed: 12/29/2018 11:21 AM   V.14.14

Exhibit B

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

**Case Number:** 11-82038-TML  
**Case Name:** KUNZEN, ANNE V  
**Taxpayer ID #:** **-***9022  
**Period Ending:** 12/29/18  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1966 - Checking Account  
**Blanket Bond:** $2,827,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Order | | | | |
| 08/29/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 104.54 | | 6,987.41 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.57 | 6,976.84 |
| 09/26/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 77.26 | | 7,054.10 |
| 09/26/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 143.58 | | 7,197.68 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.02 | 7,187.66 |
| 10/04/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 77.27 | | 7,264.93 |
| 10/17/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 154.21 | | 7,419.14 |
| 10/20/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 111.43 | | 7,530.57 |
| 10/24/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 154.48 | | 7,685.05 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.20 | 7,674.85 |
| 11/02/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 77.26 | | 7,752.11 |
| 11/14/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 154.48 | | 7,906.59 |
| 11/21/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 77.27 | | 7,983.86 |
| 11/22/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 154.21 | | 8,138.07 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.03 | 8,126.04 |
| 12/03/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 77.26 | | 8,203.30 |
| 12/03/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 154.21 | | 8,357.51 |
| 12/28/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 125.20 | | 8,482.71 |
| 12/28/16 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 111.43 | | 8,594.14 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.93 | 8,582.21 |
| 01/03/17 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 147.32 | | 8,729.53 |

Subtotals :   $1,901.41   $54.75

{} Asset reference(s)

Exhibit B

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| Case Number: | 11-82038-TML | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | KUNZEN, ANNE V | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1966 - Checking Account |
| Taxpayer ID #: | **-***9022 | | Blanket Bond: | $2,827,000.00 (per case limit) |
| Period Ending: | 12/29/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/09/17 | {14} | Kelly Services | Fund received pursuant to Wage Deduction Order | 1129-000 | 101.09 | | 8,830.62 |
| 01/23/17 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 195.38 | | 9,026.00 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.52 | 9,012.48 |
| 02/02/17 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 125.76 | | 9,138.24 |
| 02/07/17 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 77.47 | | 9,215.71 |
| 02/14/17 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 154.21 | | 9,369.92 |
| 02/22/17 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 77.46 | | 9,447.38 |
| 02/27/17 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 155.93 | | 9,603.31 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.43 | 9,590.88 |
| 03/06/17 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 77.46 | | 9,668.34 |
| 03/13/17 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 143.29 | | 9,811.63 |
| 03/24/17 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 77.45 | | 9,889.08 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.47 | 9,874.61 |
| 04/03/17 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 125.20 | | 9,999.81 |
| 04/06/17 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 83.98 | | 10,083.79 |
| 04/11/17 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 125.20 | | 10,208.99 |
| 04/18/17 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 77.46 | | 10,286.45 |
| 04/24/17 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 127.99 | | 10,414.44 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.63 | 10,400.81 |
| 05/11/17 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 127.99 | | 10,528.80 |
| 05/11/17 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 86.78 | | 10,615.58 |

Subtotals :   $1,940.10   $54.05

{} Asset reference(s)

Printed: 12/29/2018 11:21 AM   V.14.14

Page: 9

## Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-82038-TML  
**Case Name:** KUNZEN, ANNE V  
**Taxpayer ID #:** **-***9022  
**Period Ending:** 12/29/18  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1966 - Checking Account  
**Blanket Bond:** $2,827,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/19/17 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 127.99 | | 10,743.57 |
| 05/30/17 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 86.77 | | 10,830.34 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.70 | 10,813.64 |
| 06/06/17 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 152.63 | | 10,966.27 |
| 06/09/17 | 105 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2017 FOR CASE #11-82038, Bond #016018067 | 2300-000 | | 6.39 | 10,959.88 |
| 06/19/17 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 86.78 | | 11,046.66 |
| 06/19/17 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 146.77 | | 11,193.43 |
| 06/26/17 | {14} | Kelly Services | Funds received pursuant to Wage Deduction Order | 1129-000 | 40.70 | | 11,234.13 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.83 | 11,218.30 |
| 07/17/17 | 106 | Barrick, Switzer, Long, Balsley & Van Evera | Attorney for Trustee Compensation awarded pursuant to Order entered July 17, 2017 | 3110-000 | | 1,260.00 | 9,958.30 |
| 07/17/17 | 107 | STEPHEN G. BALSLEY | Trustee Compensation awarded pursuant to Order entered July 17, 2017 | 2100-000 | | 2,351.68 | 7,606.62 |
| 07/17/17 | 108 | Chase Bank USA, N.A. | Interim Partial Distribution pursuant to Court Order entered July 17, 2017 | 7200-000 | | 7,055.20 | 551.42 |
| 07/17/17 | 109 | U.S. BANKRUPTCY COURT | Deferral of Filing Fee in Adversary Case No. 13-96068 | 2700-000 | | 293.00 | 258.42 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.21 | 246.21 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 236.21 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 226.21 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 216.21 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 206.21 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 196.21 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 186.21 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 176.21 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 166.21 |
| 04/17/18 | {14} | Kurt P. Kunzen | Weekly payment toward settlement | 1129-000 | 110.00 | | 276.21 |
| 04/26/18 | {14} | Kurt P. Kunzen | Weekly payment toward settlement | 1129-000 | 110.00 | | 386.21 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 376.21 |
| 05/01/18 | {14} | Kurt P. Kunzen | Weekly payment toward settlement | 1129-000 | 110.00 | | 486.21 |

Subtotals: $971.64 $11,101.01

{} Asset reference(s)

Printed: 12/29/2018 11:21 AM V.14.14

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 10

| Case Number: | 11-82038-TML | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | KUNZEN, ANNE V | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1966 - Checking Account |
| Taxpayer ID #: | **-***9022 | | Blanket Bond: | $2,827,000.00 (per case limit) |
| Period Ending: | 12/29/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/14/18 | {14} | Kurt P. Kunzen | Weekly payment toward settlement | 1129-000 | 110.00 | | 596.21 |
| 05/15/18 | {14} | Kurt P. Kunzen | Weekly payment toward settlement | 1129-000 | 110.00 | | 706.21 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 696.21 |
| 06/01/18 | {14} | Kurt P. Kunzen | Weekly payment toward settlement | 1129-000 | 110.00 | | 806.21 |
| 06/01/18 | {14} | Kurt P. Kunzen | Weekly payment toward settlement | 1129-000 | 110.00 | | 916.21 |
| 06/15/18 | {14} | Kurt P. Kunzen | Weekly payment toward settlement | 1129-000 | 110.00 | | 1,026.21 |
| 06/15/18 | {14} | Kurt P. Kunzen | Weekly payment toward settlement | 1129-000 | 110.00 | | 1,136.21 |
| 06/21/18 | {14} | Kurt P. Kunzen | Weekly payment toward settlement | 1129-000 | 110.00 | | 1,246.21 |
| 06/28/18 | {14} | Kurt P. Kunzen | Weekly payment toward settlement | 1129-000 | 110.00 | | 1,356.21 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,346.21 |
| 07/06/18 | {14} | Kurt P. Kunzen | Weekly payment toward settlement | 1129-000 | 110.00 | | 1,456.21 |
| 07/09/18 | {14} | Kurt P. Kunzen | Weekly payment toward settlement | 1129-000 | 110.00 | | 1,566.21 |
| 07/18/18 | {14} | Kurt P. Kunzen | Weekly payment toward settlement | 1129-000 | 110.00 | | 1,676.21 |
| 07/24/18 | {14} | Kurt P. Kunzen | Weekly payment toward settlement | 1129-000 | 110.00 | | 1,786.21 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,776.21 |
| 08/06/18 | {14} | Kurt P. Kunzen | Weekly payment toward settlement | 1129-000 | 110.00 | | 1,886.21 |
| 08/09/18 | {14} | Kurt P. Kunzen | Weekly payment toward settlement | 1129-000 | 110.00 | | 1,996.21 |
| 08/17/18 | {14} | Kurt P. Kunzen | Weekly payment toward settlement | 1129-000 | 110.00 | | 2,106.21 |
| 08/24/18 | {14} | Gina Kunzen | Weekly payment toward settlement | 1129-000 | 110.00 | | 2,216.21 |
| 08/28/18 | {14} | Kurt P. Kunzen | Weekly payment toward settlement | 1129-000 | 110.00 | | 2,326.21 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,316.21 |
| 09/10/18 | {14} | Kurt P. Kunzen | Weekly payment toward settlement | 1129-000 | 110.00 | | 2,426.21 |
| 09/13/18 | {14} | Kurt P. Kunzen | Weekly payment toward settlement | 1129-000 | 110.00 | | 2,536.21 |
| 09/18/18 | {14} | Kurt P. Kunzen | Weekly payment toward settlement | 1129-000 | 110.00 | | 2,646.21 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,641.21 |
| 10/01/18 | {14} | Kurt P. Kunzen | Weekly payment toward settlement | 1129-000 | 110.00 | | 2,751.21 |
| 10/01/18 | {14} | Kurt P. Kunzen | Weekly payment toward settlement | 1129-000 | 110.00 | | 2,861.21 |
| 10/09/18 | {14} | Kurt P. Kunzen | Weekly payment toward settlement | 1129-000 | 110.00 | | 2,971.21 |
| 10/18/18 | {14} | Kurt P. Kunzen | Weekly payment toward settlement | 1129-000 | 110.00 | | 3,081.21 |
| 10/23/18 | {14} | Kurt P. Kunzen | Weekly payment toward settlement | 1129-000 | 110.00 | | 3,191.21 |
| 10/30/18 | {14} | Kurt P. Kunzen | Weekly payment toward settlement | 1129-000 | 110.00 | | 3,301.21 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 3,296.21 |
| 11/08/18 | {14} | Kurt P. Kunzen | Weekly payment toward settlement | 1129-000 | 110.00 | | 3,406.21 |
| 11/15/18 | {14} | Kurt P. Kunzen | Weekly payment toward settlement | 1129-000 | 110.00 | | 3,516.21 |
| 11/25/18 | {14} | Kurt P. Kunzen | Weekly payment toward settlement | 1129-000 | 110.00 | | 3,626.21 |
| 11/28/18 | {14} | Kurt P. Kunzen | Weekly payment toward settlement | 1129-000 | 110.00 | | 3,736.21 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 3,731.21 |
| | | | Subtotals : | | $3,300.00 | $55.00 | |

{} Asset reference(s)

Printed: 12/29/2018 11:21 AM   V.14.14

Exhibit B

# Form 2

Page: 11

## Cash Receipts And Disbursements Record

| Case Number: | 11-82038-TML | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | KUNZEN, ANNE V | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1966 - Checking Account |
| Taxpayer ID #: | **-***9022 | | Blanket Bond: | $2,827,000.00 (per case limit) |
| Period Ending: | 12/29/18 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/10/18 | {14} | Gina Kunzen | Final payment toward settlement | 1129-000 | 1,370.00 | | 5,101.21 |
| | | | **ACCOUNT TOTALS** | | 21,291.00 | 16,189.79 | **$5,101.21** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 21,291.00 | 16,189.79 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$21,291.00** | **$16,189.79** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******1966** | 21,291.00 | 16,189.79 | 5,101.21 |
| | **$21,291.00** | **$16,189.79** | **$5,101.21** |

{} Asset reference(s)     Printed: 12/29/2018 11:21 AM   V.14.14

# Exhibit C

### Case: 11-82038-TML    KUNZEN, ANNE V

Claims Bar Date: 04/20/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | U.S. BANKRUPTCY COURT<br>327 SOUTH CHURCH STREET<br><br>ROCKFORD, IL 61101<br><2700-00 Clerk of the Court Costs (includes adversary and other filing fees)>, 200 | Admin Ch. 7<br>05/02/11 | Adversary Complaint Filing Fee Deferred 7/9/13. | $293.00<br>$293.00 | $293.00 | $0.00 |
| | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br><br>Rockford, IL 61108<br><3110-00 Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>05/02/11 | See Order for First Application of Trustee's Counsel for Interim Compensation and Expenses entered June 22, 2015. | $4,588.50<br>$4,588.50 | $4,588.50 | $0.00 |
| | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br><br>Rockford, IL 61108<br><3120-00 Attorney for Trustee Expenses (Trustee Firm)>, 200 | Admin Ch. 7<br>05/02/11 | Service Fee WDO - Markley Investigations (4/24/14). See Order for First Application of Trustee's Counsel for Interim Compensation and Expenses entered June 22, 2015. | $91.00<br>$91.00 | $91.00 | $0.00 |
| | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br><br>Rockford, IL 61108<br><3110-00 Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>05/02/11 | See Order for Second Application for Interim Compensation of Trustee's Counsel entered July 17, 2017. | $1,260.00<br>$1,260.00 | $1,260.00 | $0.00 |
| | STEPHEN G. BALSLEY<br>6833 STALTER DRIVE<br><br>ROCKFORD, IL 61108<br><2100-00 Trustee Compensation>, 200 | Admin Ch. 7<br>05/02/11 | See Order Approving Interim Distribution entered July 17, 2017. | $2,879.10<br>$2,879.10 | $2,351.68 | $527.42 |
| | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br><br>Rockford, IL 61108<br><3120-00 Attorney for Trustee Expenses (Trustee Firm)>, 200 | Admin Ch. 7<br>05/02/11 | 4/12/18 - McHenry County Recorder - Recordation Fee of Memorandum of Judgment | $40.00<br>$40.00 | $0.00 | $40.00 |
| | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3210-00 Attorney for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>05/02/11 | | $1,787.50<br>$1,787.50 | $0.00 | $1,787.50 |

# Exhibit C

### Case: 11-82038-TML    KUNZEN, ANNE V

Claims Bar Date: 04/20/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. Attn: Corres. Dept. P.O. Box 15298 Wilmington, DE 19850 | Unsecured 12/15/16 | Attn: Corres. Dept. P.O. Box 15298 Wilmington, DE 19850 | $11,575.60 $11,575.60 | $7,055.20 | $4,520.40 |
| | <7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | | | | | |

-------------------------------------------------------------------------------* * *

**Case Total:**    $15,639.38    $6,875.32

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 11-82038-TML
Case Name: KUNZEN, ANNE V
Trustee Name: STEPHEN G. BALSLEY

**Balance on hand:**   $   5,101.21

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   5,101.21

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 2,879.10 | 2,351.68 | 527.42 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 7,636.00 | 5,848.50 | 1,787.50 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 131.00 | 91.00 | 40.00 |
| Charges, U.S. Bankruptcy Court | 293.00 | 293.00 | 0.00 |

Total to be paid for chapter 7 administration expenses:   $   2,354.92
Remaining balance:   $   2,746.29

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   2,746.29

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 2,746.29 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 2,746.29 |

Tardily filed claims of general (unsecured) creditors totaling $ 11,575.60 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 84.7 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 11,575.60 | 7,055.20 | 2,746.29 |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 2,746.29 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**