UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| **KUNZEN, ANNE V** ) | Bankruptcy Case No. 11-82038 TML |
| ) | Chapter 7 |
| ) | |
| Debtor(s). ) | |

### CERTIFICATE OF SERVICE

The undersigned certifies that on February 11, 2019, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

KUNZEN, ANNE V
210 PARTRIDGE CT.
ALGONQUIN, IL 60102

STEPHEN J COSTELLO
COSTELLO & COSTELLO
600 SPRING HILL RING RD. STE. 116
WEST DUNDEE, IL  60118
*(Via ECF Electronic Transmission)*

Chase Bank USA, N.A.
Attn: Corres. Dept.
P.O. Box 15298
Wilmington, DE 19850


/s/ Debbie M. Harris
STEPHEN G. BALSLEY, Trustee
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611
sbalsley@bslbv.com